AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, COMPLAINT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: **CHRISTOPHER OBIE**
TITLE: **PROCESS SERVER**     DATE: **04/06/2010  11:01AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

HARRY INTERNATIONAL OF NEW JERSEY, INC.

Place where served:

414 HACKENSACK AVENUE  HACKENSACK NJ 07601

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

HARRY KIM

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M  AGE: 51-65  HEIGHT: 5'4"-5'8"  WEIGHT: 131-160 LBS.  SKIN: YELLOW  HAIR: BLACK  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _4/ 6/20 10_     _____ L.S.

SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: DAVID S. HALSBAND, ESQ.
PLAINTIFF: DAUD PURNAMASIDI
DEFENDANT: ICHIBAN JAPANESE RESTAURANT
VENUE: DISTRICT NJ
DOCKET: 2:10 CV 01549 DMC MF

ASHLEY ROSADO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Aug. 8, 2013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.